**Brenda SWAIM, Plaintiff–Appellant,**

v.

**WESTCHESTER ACADEMY, INCORPORATED; Peter Cowen; Harry Lejda, Defendants–Appellees.**

**No. 02–1792.**

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2003.

Decided April 22, 2003.

Mark F. Reynolds, II, High Point, North Carolina, for Appellant. Allan R. Gitter, Alison R. Bost, Womble, Carlyle, Sandridge & Rice, P.L.L.C., Winston–Salem, North Carolina, for Appellees.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Brenda Swaim appeals the district court's order granting summary judgment on some claims and dismissing other claims in her employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Swaim v. Westchester Academy,* 208 F.Supp.2d 579 (M.D.N.C. 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*